IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION | ) ) ) ) ) C.A. No. 09-md-2118-SLR |
| EURAND, INC., CEPHALON, INC. and ANESTA AG, | ) ) ) ) |
| Plaintiffs, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC., MYLAN INC., and BARR LABORATORIES, INC., | ) ) ) |
| Defendants. | ) |

## ADDENDUM TO EXHIBIT 1 TO JOINT PROPOSED PRETRIAL ORDER

On September 2, 2010, the parties to this litigation submitted a Joint Proposed Pretrial Order (D.I. # 200). Exhibit 1 to the Joint Proposed Pretrial Order included a "Statement of Admitted Facts Requiring No Proof." The parties have engaged in further attempts to stipulate to undisputed facts and accordingly amend Exhibit 1 to include the following additional stipulated fact, in addition to the 58 paragraphs of stipulated facts set forth in Exhibit 1:

59.  Gregory A. Winchell, *et al.*, *Cyclobenzaprine Pharmacokinetics, Including the Effects of Age, Gender, and Hepatic Insufficiency*, The Journal of Clinical Pharmacology, 42(1), 61-69 (Jan. 2002), was published and publicly available as of at least January 2, 2002.

STIPULATED AND AGREED:

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Susan M. Coletti.<br>William J. Marsden, Jr. (#2247)<br>Susan M. Coletti (#4690)<br>Jennifer L. Hall (#5122)<br>222 Delaware Avenue<br>17th Floor P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>marsden@fr.com<br>coletti@fr.com<br>jhall@fr.com<br><br>*Attorneys for Plaintiffs Eurand, Inc., Cephalon, Inc. and Anesta AG* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Inc.*<br><br>*Also filed on behalf of Defendant Barr Laboratories, Inc.* |

Dated: September 28, 2010

IT IS SO ORDERED THIS ____ day of September 2010.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE