

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

May 20, 2011

<u>**VIA ELECTRONIC-FILING**</u>

The Honorable Sue L. Robinson
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3568

      Re:    *In re Cyclobenzaprine HCl ER Capsule Patent Litigation,*
             **C.A. 09-md-2118-SLR;**
             *Eurand, Inc., et al. v. Mylan Pharmaceuticals, Inc., et al.,*
             **C.A. No. 08-889-SLR-MPT**

Dear Judge Robinson:

      Although we are reluctant to burden the Court with additional correspondence on this matter, we wish to provide Your Honor with an important update that we believe further supports the need for an expedited hearing on Mylan's emergency request for reconsideration.  This afternoon Plaintiff issued a press release indicating that a TRO has already been issued by the Court.  We believe that this is a misstatement given that the Court has not entered an order and has requested that the parties submit a proposed order on Monday.  Particularly given the significant issues raised in Mylan's emergency motion, we again respectfully request an opportunity to be heard on this matter at Your Honor's earliest convenience.

                                   Respectfully,

                                   */s/ Richard L. Horwitz*

                                   Richard L. Horwitz (#2246)

RLH/msb
1013755/33695

Enclosure
cc:     Clerk of the Court (via hand delivery)
          Counsel of Record (via electronic mail)