IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION | ) ) Civ. No. 09-MD-2118-SLR ) |

**INJUNCTION ORDER**

At Wilmington this 24th day of May, 2011, the court having granted plaintiffs' motion for a temporary restraining order (D.I. 256);

IT IS HEREBY ORDERED that:

1. Mylan Pharmaceuticals, Inc. and Mylan Inc. (collectively, "Mylan"), its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them are enjoined from engaging in the commercial use, offer to sell, or sale of the generic extended release cyclobenzaprine products that are the subject of Mylan's Abbreviated New Drug Application No. 90-738.

2. Plaintiffs Anesta AG, Cephalon, Inc. and Eurand, Inc. (collectively, "plaintiff"), their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them, shall not engage in the commercial use, offer for sale, or sale within the United States, or authorize or license, any generic cyclobenzaprine extended release product.

3. Mylan and plaintiffs (and their officers, agents, servants, employees, attorneys, and any and all other persons or entities acting by, through, under or in active concert or paritcipation with any or all of them) shall take all reasonable steps to

recall their respective generic cyclobenzaprine extended-release products promptly from the market and shall issue a letter substantially similar to the form of letter attached hereto.

    4. Plaintiffs shall post a bond in the amount of $10,000,000 (ten million dollars) on or before May 31, 2011 at 4:00 p.m., and to act as its own surety for such bond.

    5. Plaintiffs shall seek an expedited appeal before the United States Court of Appeals for the Federal Circuit from the court's opinion issued May 12, 2011. (D.I. 254)

    6. During the term of the injunction authorized herein, plaintiffs and all defendants to this litigation shall give the court ten (10) days' notice of any intended launch of their generic cyclobenzaprine extended-release products, to keep the playing field level.

    7. This injunction shall remain in full force and effect until the earliest of: (a) further orders of this court; (b) further order of the United States Court of Appeals for the Federal Circuit to which an appeal or other relief from the injunction may be taken; or (c) affirmance of the court's invalidity opinion on appeal.

 

_____
United States District Judge