Attachment to Injunction Order
May 24, 2011

Re: Generic Extended-Release Cyclobenzaprine Products

To Whom It May Concern:

On May 24, 2011, the United States District Court for the District of Delaware issued a temporary restraining order ("the Order") on the sale of all generic extended-release cyclobenzaprine products. The purpose of the injunction is to maintain the market's status quo pending appeal of the district court's post-trial decision to the United States Court of Appeals for the Federal Circuit. A copy of the Order is enclosed for reference.

In accordance with the Order, we formally request that you:

1. Refrain from using, selling, offering for sale or further distributing any generic extended-release cyclobenzaprine products;

2. Retract any offers to sell, deliver or in any way distribute such products; and

3. Send a copy of this letter and the Order to each person or entity (other than the ultimate individual consumers) to whom you have sold, delivered or in any way distributed such products, requesting that they comply with the terms of the Order and, in turn, send a copy of this letter and the Order, with the same requests, to any other such person or entity (other than the ultimate individual consumers) to whom they have sold, delivered or in any way distributed such products.