# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION | ) ) C.A. No. 09-md-2118-SLR ) ) **JURY TRIAL DEMANDED** |
| EURAND, INC., CEPHALON, INC. and ANESTA AG, | ) ) ) ) C.A. No. 08-889-SLR |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC., MYLAN INC., and BARR LABORATORIES, INC., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, please take notice that Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan") hereby appeal to the United States Court of Appeals for the Federal Circuit this Court's May 20, 2011 Memorandum Order Granting Motion for Temporary Restraining Order (D.I. 273), May 24, 2011 Memorandum Order Denying Emergency Motion for Reconsideration (D.I. 289), and May 24, 2011 Injunction Order (D.I. 290).

Mylan further appeals all adverse judgments.

- 2 -

                                Respectfully submitted,

                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:                          By:  */s/ David E. Moore*
                                                  Richard L. Horwitz (#2246)
James H. Wallace, Jr.               David E. Moore (#3983)
Mark A. Pacella                      Hercules Plaza, 6th Floor
Robert J. Scheffel                 1313 N. Market St., 6th Floor
Brian H. Pandya                   Wilmington, DE 19899-0951
Matthew J. Dowd               Tel:  (302) 984-6000
WILEY REIN LLP                rhorwitz@potteranderson.com
1776 K Street NW                dmoore@potteranderson.com
Washington, D.C. 20006
Tel:  (202) 719-7000              *Attorneys for Defendants Mylan Inc.*
                                                  *and Mylan Pharmaceuticals Inc.*

Dated:  May 24, 2011
1014187 / 33695 (MDL)