# PHILLIPS, GOLDMAN & SPENCE, P. A.

### ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN**†
LISA C. McLAUGHLIN+
JAMES P. HALL
BRIAN E. FARNAN***
JOSEPH J. FARNAN, III*
DAVID A. BILSON***
STEPHEN A. SPENCE
E. ASHLEY TUCKER

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR
†FLORIDA BAR

May 25, 2011

## VIA CM/ECF and HAND DELIVERY

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:  *In re Cyclobenzprine Hydrochloride Extended-Release Capsule Patent Litigation,*
> Civ. No. 09-md-2118-SLR

Dear Judge Robinson,

I write on behalf of Defendant Barr Laboratories, Inc. ("Barr") in response to Plaintiffs' and Defendant Mylan's letter of May 24, 2011 (D.I. 295) proposing competing briefing schedules for the appeal to the Federal Circuit.

Barr understood the Court to require a joint letter from all parties suggesting the most efficient way to get the case up on appeal; however, Barr was not consulted by Plaintiffs or Mylan prior to the filing of Plaintiffs' and Mylan's May 24, 2011 letter. Barr believes that Mylan's proposed schedule is aggressive. Nevertheless, Barr will accept whatever schedule this Court or the Federal Circuit orders.

Respectfully submitted,

Megan C. Haney (No. 5016)

cc:  All Counsel of Record (via CM/ECF and email)