IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED RELEASE CAPSULE PATENT LITIGATION | Civ. No. 09-MD-2118-SLR |

O R D E R

WHEREAS, the court granted plaintiffs' motion for a temporary restraining order ("TRO") on May 20, 2011 (D.I. 273);

WHEREAS, the court denied Mylan Pharmaceuticals, Inc. and Mylan Inc.'s (collectively, "defendants'") motion for reconsideration of said order (D.I. 289) on May 24, 2011; and

WHEREAS, the court issued the TRO on that same day (D.I. 290);

IT IS ORDERED that defendants' motions to stay said TRO (D.I. 292; D.I. 293) are denied.

_____
United States District Judge

Dated: May 25, 2011