# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### FINAL NOTICE OF DOCKETING

2011-1399 – EURAND V MYLAN

06/01/2011

Appeal from: U.S. District Court, District of Delaware, Case No. 09-MD-2118

Name of appellant(s): Mylan Inc. and Mylan Pharmaceuticals Inc.

This notice supersedes the preliminary notice of docketing dated 05/25/2011.

Copies of the notice of appeal and docket entries have now been received from the clerk of the lower court.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Some of these requirements may already have been fulfilled.

Jan Horbaly
Clerk


cc:   Clerk's Office, DCT
      James H. Wallace, Jr.
      William J. Marsden, Jr.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**Revised: June 1, 2011**

Official Caption[1]

2011-1399, -1408, -1409, -1410, -1411, -1412

IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-
RELEASE CAPSULE PATENT LITIGATION

---

EURAND, INC., CEPHALON, INC., and ANESTA AG,

    Plaintiffs-Cross Appellants,

v.

MYLAN PHARMACEUTICALS INC. and MYLAN INC.,

    Defendants-Appellants,

and

ANCHEN PHARMACEUTICALS, INC., ANCHEN, INC.,
BARR LABORATORIES, INC., TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

    Defendants.

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 09-MD-2118, 08-CV-0889, 09-CV-0492, 09-CV-0715, 09-CV-0922, and 09-CV-0923, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

EURAND V MYLAN, 2011-1399, -1408, -1409, -1410, -1411, -1412

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

Caption:   In re: Cyclobenzaprine Hydrochloride Extended- Release Capsule Patent Litigation

Plaintiff(s):   Eurand Inc, Cephalon Inc. and Anesta AG

Defendant(s):   Mylan Pharmaceuticals Inc., Mylan Inc. and Barr Laboratories Inc.

Notice Only(s):   Jeffery N. Luthi, Impax Laboratories Inc., Cephalon Inc., Anchen Inc., Anchen Pharmaceuticals Inc.,

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. 09md2118 SLR           Date of Judgment/Order:           5/12/11

Cross/Related Appeal: 08cv889 SLR + 09cv816 SLR
Date of Notice of Appeal:    5/25/11
Date of Notice of Appeal Docketed: 5/25/11
Appellant is:   Eurand Inc, Cephalon Inc. and Anesta AG

Fees:     Court of Appeals Docket Fee Paid?  Paid

U.S. Appeal?   Yes

**RECEIVED**
MAY 3 1 2011
United States Court of Appeals
For The Federal Circuit

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party.  Indicate party represented.)

| William J. Marsden , Jr.<br>Jennifer Lynn Hall<br>Susan Morrison Coletti<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>302-652-5070 | Richard L. Horwitz<br>David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>James H. Wallace , Jr.<br>Wiley Rein LLP<br>1776 K Street, N.W.<br>Washington, DC 20006 |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUN - 1 2011
JAN HORBALY
CLERK

**Jeffery N. Luthi**
**Clerk, MDL Judicial Panel**
**One Columbu Circle, N.E.**
**Room G-255, Federal Judiciary Bldg**
**Washington, DC 20002-8004**

**Mary Matterer**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Fax: (302) 571-1750


Daralyn J. Durie
Durie Tangri Lemley Roberts & Kent
217 Leidesdorff Street
San Francisco, CA 94111
415- 236-6300

John C. Phillips , Jr.
Megan C. Haney
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Julia Johnson
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

Donald Mizerk
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza
Chicago, IL 60606
**ATTORNEYS FOR NOTICE ONLY**

COURT REPORTER(S)
(Name and Telephone Number)

| | |
|---|---|
| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _____
Deputy Clerk

Date:   May 26, 2011