**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EURAND, INC., CEPHALON, INC., and ANESTA AG, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 09-MD-02118-SLR |
| | ) | 09-00018-SLR |
| IMPAX LABORATORIES, INC. | ) | |
| | ) | |
| Defendant | ) | REDACTED VERSION |
| | ) | |

## DECLARATION OF WILLIAM RIKER

Mary B. Matterer (I.D. #2696)
MORRIS JAMES, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6960
MMatterer@morrisjames.com

C. Kyle Musgrove
Michael M. Shen
HAYNES AND BOONE LLP
1615 L Street NW, Suite 800
Washington, DC 20036
(202) 654-4500
Kyle.Musgrove@HaynesBoone.com
Michael.Shen@HaynesBoone.com

Debbie McComas
HAYNES AND BOONE LLP
2323 Victory Avenue, 7th Floor
Dallas, TX 75154
(214) 651-5000
Debbie.McComas@HaynesBoone.com

I, William Riker, declare as follows:

1.    I am ██████████████████████████████████

████ and have personal knowledge of the matters stated herein as a result of my position.

2.    This declaration is made in support of Impax Laboratories, Inc.'s Combined

Response in Opposition to Plaintiffs' Cross Motion for Declaratory Relief and Opening Brief in

Support of Motion to Enforce Settlement Agreement.

3.    Exhibit 1 is a true and correct copy of excerpts from Price Rx®, an online

pharmaceutical industry pricing database published by Medi-Span®, a division of Wolters

Kluwer Health, downloaded on November 28, 2011.


I declare under penalty of perjury that the foregoing statements are true.  Executed this

20th day of December, 2011, in Hayward, California.

William Riker

# Exhibit 1

© Copyright 2011 Wolters Kluwer Health



© Copyright 2011 Wolters Kluwer Health

© Copyright 2011 Wolters Kluwer Health

© Copyright 2011 Wolters Kluwer Health

Price Rx

Product Information

© Copyright 2011 Wolters Kluwer Health

© Copyright 2011 Wolters Kluwer Health

© Copyright 2011 Wolters Kluwer Health



© Copyright 2011 Wolters Kluwer Health